

# JT Law Firm, P.A.
## Attorneys at Law
*Serving Florida, New York, New Jersey, and Texas*
*Est. 2019*

7700 Congress Avenue
Suite 1103
Boca Raton, Florida 33487
Telephone: (855) 585-2997

July 17, 2025

**<u>VIA CM/ECF</u>**

The Honorable U.S. District Judge Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007



Re: *Red Bird Enterprises, LLC v. Mt. Hawley Insurance Company*
Case No.: 1:25-cv-05151-KPF
September 17, 2025 Case Management Conference Request for Adjournment

Dear Judge Polk Failla:

This firm represents Plaintiff, Red Bird Enterprises, LLC ("Plaintiff") in the above referenced matter. Pursuant to the July 10, 2025 Notice of Initial Pretrial Conference [D.E. 9], an initial pretrial conference has been scheduled for September 17, 2025 at 2:30 p.m. Plaintiff's counsel has pre-planned travel that time and respectfully requests that the case management conference be deferred to October 6, 2025, or the next available date on this Honorable Court's calendar. Plaintiff's request is made in good faith, not for the purpose of delay, and there have been no prior requests for adjournment. As of the date of this filing counsel for Defendant has yet to make an appearance.

Thank you for your consideration regarding this matter.

Respectfully submitted,

*John A. Tolley*

John A. Tolley, Esq.

JAT/cp

Application GRANTED.  The conference scheduled for September 17, 2025
is ADJOURNED to **October 8, 2025, at 10:00 a.m.**

The Clerk of Court is directed to terminate the pending motion at
docket entry 10.

Dated:    July 17, 2025                    SO ORDERED.
          New York, New York

                                           _Katherine Polk Failla_

                                           HON. KATHERINE POLK FAILLA
                                           UNITED STATES DISTRICT JUDGE