


JT Law Firm, P.A.
Attorneys at Law
*Serving Florida, New York, New Jersey, and Texas*
*Est. 2019*

7700 Congress Avenue
Suite 3117
Boca Raton, Florida 33487
Telephone: (855) 585-2997

October 3, 2025

**VIA CM/ECF**

The Honorable U.S. District Judge Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007




Re: *Red Bird Enterprises, LLC v. Mt. Hawley Insurance Company*
Case No.: 1:25-cv-05151-KPF
Plaintiff's Request to Adjourn October 8, 2025 Initial Pretrial Conference

Dear Judge Polk Failla:

This firm represents Plaintiff/Counter-Defendant, Red Bird Enterprises, LLC ("Plaintiff") in the above referenced matter. Pursuant to the July 17, 2025 Order adjourning the Initial Pretrial Conference to October 8, 2025 at 10:00 a.m. [D.E. 11], Plaintiff's counsel has been called for hearing on October 8, 2025 at 10:00 a.m. before the Honorable Lyle E. Frank in the matter of *BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA vs. Swiss Re Corporate Solutions Elite Insurance Corporation*, New York Supreme Court Index No. 651509/2025. Plaintiff respectfully requests that this Honorable Court adjourn the hearing to later in the day of October 8, 2025, or the earliest next available date on this Honorable Court's calendar. Plaintiff's request is made in good faith, and not for the purpose of delay. Plaintiff has conferred with counsel for Defendant/Counter-Plaintiff, Mt. Hawley Insurance Company ("Defendant"), and Defendant has no objection.

Thank you for your consideration regarding this matter.

Respectfully submitted,

*John A. Tolley*

John A. Tolley, Esq.

JAT/cp
cc: Eric R. Leibowitz, Esq. *Counsel for Defendant*, at eleibowitz@fp.law

Application GRANTED.

The conference currently scheduled for October 8, 2025, is hereby ADJOURNED to **October 9, 2025**, at **11:00 a.m.**

As before, the conference will be telephonic. The dial-in information is as follows: At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

The Clerk of Court is directed to terminate the pending motion at docket entry 22.

Dated: October 3, 2025
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE